ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| West Point Contractors, Inc. | ) ASBCA Nos. 62083, 62084 |
| | ) |
| Under Contract No. N62473-17-D-1411 | ) |

APPEARANCES FOR THE APPELLANT:    Michelle F. Kantor, Esq.
    McDonald Hopkins LLC
    Chicago, IL

    William J. Beckley, Esq.
    Jason Harley, Esq.
    McDonald Hopkins LLC
    Columbus, OH

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Anthony Hicks, Esq.
    Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE SWEET

The parties have resolved their dispute and request that the Board enter a consent judgment.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $98,750. If the award is not paid within 30 days of the date the parties have submitted all necessary documents to the Department of the Treasury for processing payment from the Judgment Fund, interest will accrue on the unpaid amount of the judgment starting on the 31st day until the date of payment pursuant to the rates set by the Contract Disputes Act, 41 U.S.C. § 7109.

Dated: April 20, 2021

James R. Sweet

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeal

(Signatures continued)

I concur                                        I concur


RICHARD SHACKLEFORD                             J. REID PROUTY
Administrative Judge                            Administrative Judge
Acting Chairman                                 Vice Chairman
Armed Services Board                            Armed Services Board
of Contract Appeals                             of Contract Appeals


       I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62083, 62084, Appeals of
West Point Contractors, Inc., rendered in conformance with the Board's Charter.


       Dated:  April 21, 2021


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2